New York Fruit Market, a Copartnership Composed of Cleon Alexander and Others, Appellant, v. Atlantic Fruit Company and Others, Respondents.— Judgments affirmed, with costs. All concur, except Woodward and Kiley, JJ., dissenting.

The People of the State of New York ex rel. Addison J. Cronk, Respondent, v. Margaret Maxim, Appellant.— Order unanimously affirmed, without costs.

Thomas W. Parkhill and Mary Parkhill, Respondents, v. Globe Silo Company, Appellant.— Judgment unanimously affirmed, with costs.

Florence Rolfe, as Administratrix, etc., of Edmund Rolfe, Deceased, Plaintiff, v. Joseph F. Hewitt, Defendant.— Plaintiff's exceptions sustained, and new trial granted, with costs to plaintiff to abide event, upon the ground that the evidence now appearing presents a question of fact for the jury. All concur, except Woodward, J., dissenting.